**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7530**

———————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

TOMMY HENDERSON,

              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Patrick Michael Duffy, District Judge.  (2:02-cr-00826-PMD)

———————

Submitted:  February 28, 2008      Decided:  March 7, 2008

———————

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Tommy Henderson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tommy Henderson appeals the district court's order denying his "Motion to Reopen Case and Dismiss Indictment." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Henderson, No. 2:02-cr-00826-PMD (D.S.C. Sept. 21, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED